**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Darnell Ramajita Adkins v. The State of Texas

Appellate case number:   01-13-00627-CR

Trial court case number:  1362336

Trial court:                    182nd District Court of Harris County

The "Agreed Motion to Substitute Counsel" filed by appellant's counsel does not comply with the requirements of Texas Rule of Appellate Procedure 6.5 because it does not indicate that the motion was delivered to appellant. *See* TEX. R. APP. P. 6.5(b) (stating, "The motion must be delivered to the party—both by certified and by first-class mail—to the party at the party's last known address"); TEX. R. APP. P. 6.5(d) (providing that motion for substitution of counsel must comply with TEX. R. APP. P. 6.5(b)). Accordingly, the Clerk of this Court is directed to STRIKE the motion. We ORDER counsel to file a motion for substitution of counsel that complies with Rule 6.5 no later 7 days from the date of this order.

It is so ORDERED.


Judge's signature:  **/s/ Rebeca Huddle**
                              Acting individually


Date:  August 5, 2013